1  BARBARA I. ANTONUCCI (SBN 209039)
   bantonucci@constangy.com
2  JASMINE L. ANDERSON (SBN 252973)
   janderson@constangy.com
3  CONSTANGY, BROOKS, SMITH & PROPHETE LLP
4  351 California Street, Suite 200
   San Francisco, CA 94104
5  Telephone: 415.918.3000
   Facsimile: 415.918.3001
6
7  Attorneys for Defendant
   MARRIOTT VACATIONS WORLDWIDE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY MANALANI | Case No. 2:18-CV-03144-WBS-EFB |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION TO SUBMIT CASE TO ARBITRATION AND DISMISS CASE WITH PREJUDICE; ORDER** |
| MARRIOTT VACATIONS WORLDWIDE CORPORATION; and DOES 1 to 50, inclusive | |
| Defendants. | JUDGE: HON. WILLIAM B. SHUBB |

Plaintiff Cory Manalani ("Plaintiff") and Defendant Marriott Vacations Worldwide Corporation ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court enter an order submitting this Action to binding arbitration and dismissing this Action with prejudice. The Parties make this request based upon the following:

-1-

STIPULATION TO SUBMIT MATTER TO ARBITRATION / CASE NO. 2:18-CV-03144-WBS-EFB



| | |
|---|---|
| 1 | **RECITALS** |
| 2 | WHEREAS, on October 26, 2018, Plaintiff commenced this action in the Superior Court of |
| 3 | the State of California for the County of Placer CORY MANALANI, Plaintiff v. MARRIOTT |
| 4 | VACATIONS WORLDWIDE CORPORATION and DOES 1 to 50, inclusive, Defendants, Case |
| 5 | No. S-CV-0042042 (the "Complaint"). |

# RECITALS

WHEREAS, on October 26, 2018, Plaintiff commenced this action in the Superior Court of the State of California for the County of Placer CORY MANALANI, Plaintiff v. MARRIOTT VACATIONS WORLDWIDE CORPORATION and DOES 1 to 50, inclusive, Defendants, Case No. S-CV-0042042 (the "Complaint").

WHEREAS, the Complaint alleges claims for (1) wrongful constructive termination in violation of public policy; (2) disability harassment, discrimination, and relation in violation to the California Fair Employment and Housing Act; (3) violation of California Labor Code sections 232.5, 6310, 6311, and 6400, *et seq.*; (4) violation of California Labor Code sections 970-972; and (5) Unfair Business Practices in violation of California Business and Professions Code section 17200, *et seq*.

WHEREAS, on November 5, 2018, Plaintiff served Defendant with the Complaint.

WHEREAS, on December 3, 2018, Defendant filed an Answer to the Complaint in state court.

WHEREAS, on December 4, 2018, Defendant removed this Action to this Court based on diversity jurisdiction.

WHEREAS, during his employment, Plaintiff signed an arbitration agreement that requires arbitrating this Action and any claims relating to his employment before JAMS.

WHEREAS, Defendant has requested that Plaintiff stipulate to submit the entire Action to binding arbitration pursuant to the terms outlined in the Parties' Stipulation, below.

WHEREAS, Plaintiff has agreed to arbitrate all claims brought in the Complaint pursuant to the terms outlined in the Parties' Stipulation, below.

# STIPULATION

1. This Action, *Cory Manalani v. Marriott Vacations Worldwide Corporation*, Case No. 2:18-CV-03144-WBS-EFB (the "Action"), shall be submitted to final, binding and confidential arbitration in Los Angeles, California.

2. The Parties agree to arbitrate the Action before JAMS and will meet and confer in

good faith to select a mutually agreeable Arbitrator. If the parties are unable to agree to an Arbitrator, the Parties agree to use a strike list under JAMS to select an Arbitrator to hear the matter.

3. The Parties will agree to a mutually convenient location in Los Angeles, California, for the Arbitration.

4. The Arbitration, including discovery, shall be conducted pursuant to the JAMS Employment Arbitration Rules & Procedures, which may be found online at https://www.jamsadr.com/rules-employment-arbitration/english#eighteen.

5. Any issues regarding the terms of this Joint Stipulation will be determined by the Arbitrator.

6. This Action shall be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED: April 9, 2019        **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By  */s/ Jasmine L. Anderson*
    Barbara I. Antonucci
    Jasmine L. Anderson
    Attorneys for Defendant
    MARRIOTT VACATIONS WORLDWIDE
    CORPORATION

DATED: April 9, 2019        **LAW OFFICES OF TODD M. FRIEDMAN**

By  */s/ Tom E. Wheeler*
    Todd M. Friedman
    Adrian R. Bacon
    Meghan E. George
    Tom E. Wheeler
    Attorneys for Plaintiff,
    COREY MANALANI

## **ORDER**

Based upon the stipulation of the Parties, and for good cause appearing, the Court orders that:

1. This action, *Cory Manalani v. Marriott Vacations Worldwide Corporation*, Case No. 2:18-CV-03144-WBS-EFB (the "Action"), is ordered into final, binding and confidential arbitration before JAMS in Los Angeles, California, based on the terms of the Parties' Stipulation.

2. The Action is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: April 11, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE